Kathy KLEIN, Respondent,

v.

WAL–MART STORES, INC., and Insurance Company of State of Pennsylvania/AIG; Administered by Claims Management, Inc., Relators.

No. C8–02–1440.

Supreme Court of Minnesota.

Oct. 29, 2002.

Christopher E. Sandquist, Gislason & Hunter, LLP, Mankato, for Relators.

David C. Wulff, Roseville, for Respondent.

Patricia A. LAMB, Respondent,

v.

ALLINA HEALTH SYSTEM, d/b/a United Hospital, Self–Insured, administered by Gallagher Bassett Services, Inc., Relator,

and

Minnesota Department of Labor & Industry, VRU, Intervenor.

No. C6–02–1324.

Supreme Court of Minnesota.

Nov. 1, 2002.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Ltd., Minneapolis, MN, for employee/respondent.

Douglas J. Brown, Brown & Carlson, P.A., Minneapolis, MN, for employer/relator.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 31, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

/s/ James H. Gilbert,
Associate Justice

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 5, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Helen M. Meyer
Associate Justice

BLATZ, C.J., took no part in the consideration or decision of this case.